**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 2:14-cv-0187 |
| BONANZA.COM, INC., | § § | JURY DEMAND |
| Defendant. | § § | |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Emmanuel C. Gonzalez, and defendant, Bonanza.com, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and having an effective date of May 28, 2014, with each Party to bear its own costs, expenses and attorneys' fees. The parties request the Court retain jurisdiction to enforce the terms of the parties' Settlement and License Agreement.

A proposed Order is being submitted herewith.

Date:  June 2, 2014	Respectfully submitted,

/s/ M. Scott Fuller
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@lockelord.com
Paul D. Lein
   Texas Bar No. 24070133
   plein@lockelord.com
Darrian L. Campbell
   Texas Bar No. 24087250
   dcampbell@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800

**ATTORNEYS FOR PLAINTIFF**
**EMMANUEL C. GONZALEZ**

/s/ John Whitaker
John Whitaker
Whitaker Law Group
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
Tel: (206) 436-8500
Fax: (206) 694-2203
Email: john@wlawgrp.com

**COUNSEL FOR BONANZA.COM, INC.**

### CERTIFICATE OF SERVICE

     The undersigned certifies that on June 2, 2014, the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Texas, using the Court's Electronic Case Filing (ECF) system.  The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.

/s/ M. Scott Fuller