IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMMANUEL C. GONZALEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Case No. 2:14-cv-0187 |
| § | |
| BONANZA.COM, INC., § | JURY DEMAND |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Emmanuel C. Gonzalez, and defendant, Bonanza.com, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Emmanuel C. Gonzalez, and defendant, Bonanza.com, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and having an effective date of May 28, 2014. This Court shall retain jurisdiction to enforce the terms of the parties' Settlement and License Agreement.

It is further ORDERED that all attorneys' fees and costs are to be borne by the Party that incurred them.